No. 845.   A. F. & G. REALTY CORPORATION ET AL. *v.* CITY OF NEW YORK. April 7, 1941.   *Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   (1) *Violet Trapping Co.* v. *Grace,* 297 U. S. 119, 120; *Ingraham* v. *Hanson,* 297 U. S. 378, 381; *Schenebeck* v. *McCrary,* 298 U. S. 36, 37; (2) *Perley* v. *North Carolina,* 249 U. S. 510, 514; *Puget Sound Cc.* v. *Seattle* 291 U. S. 619, 624.   *Messrs. Bernard L. Bermant* and *John B. Marsh* for appellants. *Messrs. William C. Chanler* and *Paxton Blair* for appellee.

No. —.   EX PARTE SAMUEL LESSER.   April 7, 1941.   Application denied.

No. —, original.   EX PARTE CHARLES H. KNIGHT;
No. —, original.   EX PARTE CHARLES VON GLAHN; and
No. —, original.   EX PARTE JACK SHEARER.   April 7, 1941.   The motions for leave to file petitions for writs of habeas corpus are denied.